IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00001-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CANDICE GOINS,

    Defendant.

## MINUTE ORDER

**Honorable David M. Ebel**

    The sentencing hearing for Defendant Candice Goins is scheduled for July 24, 2012, at 3:30 p.m.

    DATED:   July 12, 2012